FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* by FED CONSULTING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UHY DEL VALLE & NIEVES, PSC, a Puerto Rico corporation; UHY ADVISORS, INC., a Michigan corporation; UHY, LLP, a New York limited liability partnership; and URBACH HACKER YOUNG INTERNATIONAL LIMITED, a United Kingdom chartered company,<br><br>Defendants. | No. 2:25-CV-00476-RLP<br><br>ORDER FOLLOWING UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION |

Before the Court is the United States' *ex parte* notice of election to decline intervention in this action pursuant to the False Claims Act, 31 U.S.C. §

3730(b)(4)(B). ECF No. 9. Because the United States has declined to intervene, the Court orders the following:

**IT IS HEREBY ORDERED:**

1. The complaint shall be unsealed and served upon the defendant by the relator.

2. All other contents of the Court's file in this action shall remain under seal and shall not be made public or served upon the defendant, except for this Order and the Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint.

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

5. The parties shall serve all notices of appeal upon the United States.

6. All orders of this Court shall be sent to the United States.

7. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**IT IS SO ORDERED**. The District Court executive is directed to file this order and provide copies to the United States and the relator.

DATED September 4, 2026.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE